924

No. 447. PUBLIC UTILITIES COMMISSION OF CALIFORNIA v. UNITED STATES. Appeal from the United States District Court for the Northern District of California. Probable jurisdiction noted. *Everett C. McKeage* for appellant.

No. 478. WEST POINT WHOLESALE GROCERY CO. v. CITY OF OPELIKA. Appeal from the Court of Appeals of Alabama. Probable jurisdiction noted. *M. R. Schlesinger, N. D. Denson* and *Tom B. Slade* for appellant. *Lawrence K. Andrews* for appellee.

No. 426. BLACKBURN v. ALABAMA. Court of Appeals of Alabama. Certiorari granted. *Truman Hobbs* for petitioner. *John Patterson,* Attorney General of Alabama, and *Bernard F. Sykes* and *Paul T. Gish, Jr.,* Assistant Attorneys General, for respondent.

No. 466. SECURITIES AND EXCHANGE COMMISSION v. LOUISIANA PUBLIC SERVICE COMMISSION ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Rankin, Thomas G. Meeker, David Ferber* and *Solomon Freedman* for petitioner. *Robert A. Ainsworth, Jr.* for the Louisiana Public Service Commission, *J. Blanc Monroe* and *Monte M. Lemann* for the Louisiana Power & Light Co., and *Daniel James* for the Middle South Utilities, Inc., respondents.

No. 314, Misc. McGEE v. INTERNATIONAL LIFE INSURANCE CO. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Civil Appeals of Texas, First Supreme Judicial District,